UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWIN SHEPPARD,

    Plaintiff,

v.                                             Case No. 07-14012

DR. JORDEE and JEANNIE STEPHENSON,      Honorable Arthur J. Tarnow

    Defendants.                   Honorable Virginia M. Morgan

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [36]; AND GRANTING STEPHENSON'S MOTION FOR SUMMARY JUDGMENT [10]**

Before the Court is Magistrate Judge Morgan's report and recommendation that defendant Stephenson's motion for summary judgment be granted.

As plaintiff Sheppard concedes that the motion should be granted, and no objections have been filed, the court ADOPTS the report and recommendation and GRANTS Stephenson's motion for summary judgment.

SO ORDERED.

                                    S/ARTHUR J. TARNOW
                                    Arthur J. Tarnow
                                    United States District Judge

Dated: September 9, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record and **Edwin Sheppard** #408181,PARNALL CORRECTIONAL FACILITY,1780 E. PARNALL, JACKSON, MI 49201 on September 9, 2008, by electronic and/or ordinary mail.

                                    S/LISA WARE FOR THERESA E. TAYLOR
                                    Case Manager