UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWIN SHEPPARD,

    Plaintiff,

v                                 Case No. 07-14012

DR. JORDEE,                DISTRICT JUDGE ARTHUR J. TARNOW

    Defendant.          MAG. JUDGE VIRGINIA M. MORGAN

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Before the Court is Magistrate Judge Morgan's Report and Recommendation [Docket #42] filed January 29, 2009.  The Magistrate Judge recommends that Dr. Jordee be dismissed *sua sponte* pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) because plaintiff failed to state a claim against Dr. Jordee upon which relief can be granted.  Plaintiff filed objections on February 12, 2009.

    Having reviewed the file, the Report and Recommendation and the objections the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of the Court.  Accordingly, Dr. Jordee is **DISMISSED** and this case is **CLOSED.**

                                     s/Arthur J. Tarnow
                                     Arthur J. Tarnow
Dated:  March 10, 2009    United States District Judge

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on March 10, 2009, by electronic and/or ordinary mail.
                                     s/Catherine A. Pickles
                                     Judicial Secretary